UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

5

UNITED STATES OF AMERICA,

v.

SCOTT ANTHONY LANE,

             Defendant.
_____/

Violation:
18 U.S.C. § 2252A(a)(5)(B)

Case: 2:26-cr-20021
Assigned To : Goldsmith, Mark A.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 1/14/2026
Description: INDI USA v SEALED MATTER (JP)

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
### 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2)
*Possession of Child Pornography*

On or about the dates from September 2024 to September 19, 2025, in the Eastern District of Michigan, Southern Division, the defendant, SCOTT ANTHONY LANE, knowingly possessed child pornography, as defined in 18 U.S.C. § 2256(8); and the child pornography involved a prepubescent minor and a minor who had not attained 12 years of age; and the child pornography had been shipped and transported using a means and facility of interstate and foreign commerce and in an affecting interstate and foreign commerce; and the child pornography was produced using materials that had been shipped

and transported in and affecting interstate and foreign commerce; and on those dates, SCOTT ANTHONY LANE had previously been convicted for an offense specified in 18 U.S.C. § 2252A(b)(2), that is, shipment of child pornography in violation of 18 U.S.C. § 2252A(a)(1) and possession of child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B); all in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under Title 18, United States Code, Section 2253.

Upon conviction of the offense charged in Count One of the Indictment, the defendant shall, pursuant to Title 18, United States Code, Section 2253, forfeit to the United States the following:

1. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of these subsections.

2. Any property, real or personal, constituting or traceable to

2

   gross profits or other proceeds obtained from such offense; and

   3. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

<u>Substitute Assets</u> – If any of the property described above, as a result of any act or omission of the defendant:

   a. Cannot be located upon the exercise of due diligence;

   b. Has been transferred or sold to, or deposited with, a third party;

   c. Has been placed beyond the jurisdiction of the court;

   d. Has been substantially diminished in value; or

   e. Has been commingled with other property which cannot be divided without difficulty,

The United States of America shall be entitled to forfeiture of substitute property under Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney


*s/ Craig Wininger*
CRAIG WININGER
Chief, Violent and Major Crimes Unit
Assistant United States Attorney


*s/ Micah S. Wallace*
MICAH S. WALLACE
Assistant United States Attorney


Dated: January 14, 2026

4

Case: 2:26-cr-20021
Assigned To : Goldsmith, Mark A.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 1/14/2026
Description: INDI USA v SEALED MATTER (JP)

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials:  M.W |

Case Title: USA v. SCOTT ANTHONY LANE

County where offense occurred : Wayne

Check One:    ☒ Felony       ☐ Misdemeanor       ☐ Petty

✓ Indictment/____Information --- **no prior complaint.**
____Indictment/____Information --- **based upon prior complaint** [Case number:                    ]
____Indictment/____Information --- **based upon LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____     Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

January 14, 2026
Date

*/s/ M. Wall*

Micah Wallace P80019
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9591
Micah.Wallace@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.